ORIGINAL

FILED
JAN 1 6 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**COMMODITY SOLUTIONS, LLC,**
700 Gemini Road, Suite 100
Houston, Texas 77058

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

No. 08-28 C

**PLAINTIFF'S RCFC 7.1(a) DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Plaintiff Commodity Solutions, LLC, ("Commodity"), certify to the best of my knowledge and belief, that (i) Commodity has no parent company and (ii) no publicly held corporation owns 10% or more of Commodity's stock.

Dated: January 16, 2008

Respectfully submitted,

John G. DeGooyer
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone (202) 295-4047
Facsimile (202)672-5399

*Counsel of Record for Plaintiff Commodity Solutions, LLC*

**OF COUNSEL:**
George W. Ash
Erin L. Toomey
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone (313) 234-7100
Facsimile (313) 234-2800