IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMODITY SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-28C |
| v. | ) | |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including May 23, 2008, within which to file the parties' joint preliminary status report. The status report is currently due on May 9, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

This enlargement is requested because the contracting officer issued a final decision on May 1, 2008, concerning the contract at issue in this case. In the May 1, 2008 decision, the contracting officer found that plaintiff, Commodity Solutions, Inc., is indebted to the Government for $143,678.73 in reprocurement costs and $24,603.34 in liquidated damages for breaching the contract that is the subject of plaintiff's complaint.

The contracting officer's May 1, 2008 final decision has affected the information to be included in the joint preliminary status report. For example, the Government intends to seek leave to file a counterclaim in this case. In light of this new development, we respectfully request a 14-day enlargement of time within which to discuss and to prepare the joint preliminary status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-3091
Facsimile: (202) 514-8640

May 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of May, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp