# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMMODITY SOLUTIONS, LLC,** *

Plaintiff, *

v. * No. 08-28C

**THE UNITED STATES,** * (Filed June 2, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' Joint Preliminary Status Report filed on May 23, 2008,

**IT IS ORDERED**, as follows:

1. The parties shall exchange initial discovery disclosures by June 6, 2008.

2. All fact discovery shall be completed by September 30, 2008.

3. A telephonic status conference to be placed by the court, shall be held at 3:00 p.m. on Thursday, August 21, 2008, in the Howard T. Markey National Courts Building. The parties shall be prepared to discuss whether expert discovery is contemplated and a schedule for further proceedings.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge