**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **COMMODITY SOLUTIONS, LLC,** | |
| **Plaintiff,** | No. 08-28C |
| **v.** | (Judge C. Miller) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**FOR PARTIES TO EXCHANGE INITIAL DISCOVERY DISCLOSURES**

Plaintiff Commodity Solutions, LLC ("Commodity") requests that, notwithstanding this Court's Order filed June 2, 2008, the time within which voluntary disclosures must be exchanged by the parties be extended from June 6, 2008 to and including June 17, 2008. The reason for this request is that Commodity's representative has been traveling and unable to consult fully with Commodity's legal counsel on these matters. This is the first request for an extension of time with respect to the date for making voluntary disclosures. Counsel for the United States has authorized the undersigned to represent to the Court that he does not oppose this request.

Dated: June 5, 2008

Respectfully submitted,

/s/ John G. DeGooyer
John G. DeGooyer
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone (202) 295-4047
Facsimile (202) 672-5399

*Counsel of Record for Plaintiff Commodity Solutions, LLC*

**OF COUNSEL:**
George W. Ash
Erin L. Toomey
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone (313) 234-7100
Facsimile (313) 234-2800



WASH_4183740.1