# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **COMMODITY SOLUTIONS, LLC,** | * | |
| Plaintiff, | * | |
| v. | * | No. 08-28C |
| **THE UNITED STATES,** | * | (Filed Aug. 28, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the status conference held this date, during which plaintiff's counsel reported that plaintiff's claim was in bankruptcy proceedings,

**IT IS ORDERED**, as follows:

1. At plaintiff's request, and with the consent of defendant, this case is stayed for a period of ninety days.

2. Paragraph 2 of the order entered on June 2, 2008, is vacated.

3. Plaintiff shall file a Status Report by December 8, 2008, reporting on the status of its claim.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge